# M&B

## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

July 23, 2018

VIA ECF

Loretta A. Preska
United States District Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 7-25-18

Re:   United States v. Andre Davidson
      07 Cr. 03

Dear Judge Preska:

This letter is respectfully submitted on behalf of the defendant, Andre Davidson, who is currently scheduled to appear before Your Honor in connection with a charge of violation of supervised release on July 25, 2018 at 10:30 a.m. I write to request that the scheduled violation hearing be adjourned or rescheduled.

I am currently engaged at trial before Judge Juan Merchan in the case entitled *PSNY v. Robert DePalo, et al.*, Index No. 01450/2015, in New York Supreme Court, New York County. Summations were completed, and the jury charged, last week. However, it does not appear likely that we will have a verdict before July 25. — August 15 at 10:30 am.

Accordingly, I respectfully request that the VOSR hearing be postponed to a date in August convenient to the Court. My office has spoken with AUSA Nessim and the Government has expressed its consent to this request. Please note that I will be out of state from August 6 through and including August 10.

Thank you in advance for your consideration of this request.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Avraham C. Moskowitz* for ACM
Avraham C. Moskowitz

cc:  AUSA Dan Loss (by ECF)
     AUSA Daniel Nessim (by ECF)

7/24/18